UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN THOMAS BISHOP,<br>7826 Solomon Seal Drive<br>Springfield, VA 22152<br><br>   Petitioner,<br><br> v.<br><br>MICHAEL W. WYNNE,<br>Secretary of the Air Force<br>1670 Air Force Pentagon<br>Washington, D.C.,<br><br>   Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-00921 (CKK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF APPEARANCE

 The Clerk will please enter the appearance of Assistant United States Attorney Karen L. Melnik, and the U.S. Attorney's Office for the District of Columbia as counsel for the Federal Defendant.

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        United States Attorney
        D.C. Bar #451058

        _____/s/_____
        KAREN L. MELNIK D.C. BAR #436452
        Assistant United States Attorney
        U.S. Attorney's Office for the District of Columbia
        Civil Division
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        (202) 307-0338 (O)