MILITARY PREAMBLE: This is a MILITARY INSTRUMENT prepared pursuant to Title 10 United States Code, Section 1044d, and executed by a person authorized to receive legal assistance from the military services.

## AFFIDAVIT REGARDING MAJOR STEPHEN T. BISHOP

**I, MICHAEL D. WILLIAMS, Colonel, United States Air Force, being duly sworn, depose and say that:**

1. I am the Commander for the Fighter Attack Systems Wing (FASW/CC).

2. Maj Stephen T. Bishop is a member of my command. I originally preferred charges against him on 14 April 2005. At no time since 14 April 2005 would I have allowed Maj Bishop to separate from the Air Force had I known he was attempting to do so. At no time have I authorized his out-processing from our unit.

3. On April 18th, 2006, I made telephonic contact with Maj Bishop at his home and ordered him to report to his SAF/AQRE duty location in Arlington, Virginia, on April 19th, 2006. Major Bishop acknowledged he understood the order and informed me he would be consulting counsel.

4. On April 18th, 2006, I followed-up the telephonic order with a written order, hand-delivered to Major Bishop's wife at his residence in Springfield, Virginia, by Col Robert Arbach.

5. On April 19th, 2006, Major Bishop failed to report to duty as I ordered. I then called Major Bishop's home, using the same number from the day before, and left a message on the answering machine. I inquired about Maj Bishop's welfare and repeated the order to report.

6. At that time, I ordered a sealed package delivered to Major Bishop's residence and a duplicate of the package sent to his ADC, Capt Brooke Schmidly. The sealed package contained a charge sheet with three charges. I preferred the charges against Major Bishop for: attempted fraudulent separation in violation of Article 80 of the UCMJ; willful dereliction of duty for misuse of travel card in violation of Article 92, UCMJ; and filing false travel vouchers in violation of Article 132, UCMJ. I am aware that Col Robert Arbach personally handed the sealed package containing the charges and specifications to Maj Bishop at Maj Bishop's residence. Charges were receipted for on April 19th, 2006.

7. When I found out Major Bishop had obtained civilian employment in Arlington, Virginia, I called the number I had been given for Maj Bishop's civilian employment and reached Maj Bishop. Once again, I informed Maj Bishop that he had not left active duty and that he was currently classified as a deserter. I instructed Maj Bishop to put his uniform back on and immediately report to Col Charles Bailey, SAF/AQRE, the same location as my previous

order. Maj Bishop replied he had been separated from the Air Force and he "had his 214 to prove it". He reiterated that he was not in the Air Force and that he was talking with his lawyer. I also notified Maj Bishop that his security clearance could not be released by the MPF since he was still on active duty.

      8. When Maj Bishop again failed to appear for duty and on May 8th, 2006, a warrant was issued for Maj Bishop's arrest for desertion.

      9. On May 10th, 2006, Maj Bishop was apprehended by the AFOSI. Once he was in military custody, I signed an order placing Maj Bishop in pre-trial confinement at Quantico, Virginia. I also preferred two additional charges: one for desertion terminated by apprehension (Article 86), and one for violation of a lawful order from his commander to return to duty (Article 92). A pretrial confinement hearing is now scheduled for 13 May 2006.

Dated: 13 May 06

                                                  MICHAEL D. WILLIAMS, Colonel, USAF

With the United States Armed Forces

At Quantico Marine Corps Base, I, Brent F. Osgood, the undersigned, do hereby certify that on this 13th day of May, 2006, before me personally appeared Michael D. Williams, who signed and executed the foregoing instrument. I do further certify that I am at the date of this certificate a person in the service of the United States Armed Forces authorized the general powers of a notary public under Title 10 U.S.C. 1044a of the grade, branch of service and organization, stated below and that this certificate is executed in my capacity as a person authorized notary authority under Title 10 U.S.C. 1044a.

_____    BRENT F. OSGOOD, CAPT, USAF
Signature                  Name, Grade, Armed Force