# Exhibit 1

# to Petitioner's Opposition

to the Government's Motion to Dismiss
or Transfer the Case

Civil Action 06-0921

# CHARGE SHEET

## I. PERSONAL DATA

| 1. NAME OF ACCUSED (Last, First, MI) | 2. SSN | 3. GRADE OR RANK | 4. PAY GRADE |
|---|---|---|---|
| BISHOP, STEVEN T | 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 | Major | O-4 |

| 5. UNIT OR ORGANIZATION | 6. CURRENT SERVICE | |
|---|---|---|
| Aeronautical Systems Center (AFMC) Arlington, Virginia | a. INITIAL DATE: 3/23/1990 | b. TERM: Indefinite |

| 7. PAY PER MONTH | | | 8. NATURE OF RESTRAINT OF ACCUSED | 9. DATE(S) IMPOSED |
|---|---|---|---|---|
| a. BASIC | b. SEA/FOREIGN DUTY | c. TOTAL | None | |
| $5,766.60 | $0.00 | $5,766.60 | | |

## II. CHARGES AND SPECIFICATIONS

**10. CHARGE I:** Violation of the UCMJ, Article 92

**Specification 1:** In that MAJOR STEVEN T. BISHOP, United States Air Force, Aeronautical Systems Center, Arlington, Virginia, who knew of his duties at or near the Washington DC metropolitan area, between on or about 19 April 2000 to on or about 3 February 2004, was derelict in the performance of his duties in that he willfully failed to refrain from using the government travel card for personal use, as it was his duty to do.

**Specification 2:** In that MAJOR STEVEN T. BISHOP, United States Air Force, Aeronautical Systems Center, Arlington, Virginia, who knew of his duties within the continental United States excluding the Washington DC metropolitan area, between on or about 6 August 2001 to on or about 8 December 2003, was derelict in the performance of his duties in that he willfully failed to refrain from using the government travel card for personal use in locations other than his official temporary duty (TDY) location, as it was his duty to do.

**SPECIFICATION 3:** In that MAJOR STEVEN T. BISHOP, United States Air Force, Aeronautical Systems Center, Arlington, Virginia, who knew of his duties within the continental United States excluding the Washington DC metropolitan area, between on or about 20 December 2001 to on or about 31 December 2003, was derelict in the performance of his duties in that he willfully failed to refrain from using the government travel card while in leave status, as it was his duty to do.

## III. PREFERRAL

| 11a. NAME OF ACCUSER (Last, First, MI) | b. GRADE | c. ORGANIZATION OF ACCUSER |
|---|---|---|
| WILLIAMS, MICHAEL D. | Col | Fighter Attack Systems Wing |

| d. SIGNATURE OF ACCUSER | e. DATE |
|---|---|
| [signed] | 14 Apr 05 |

AFFIDAVIT: Before me, the undersigned, authorized by law to administer oath in cases of this character, personally appeared the above named accuser this 14th day of Apr 05, and signed the foregoing charges and specifications under oath that he/she is a person subject to the Uniform Code of Military Justice and that he/she either has personal knowledge of or has investigated the matters set forth therein and that the same are true to the best of his/her knowledge and belief.

| LORI MAY | AFLSA/JAC |
|---|---|
| Typed Name of Officer | Organization of Officer |
| Major | Staff Judge Advocate |
| Grade | Official Capacity to Administer Oath (See R.C.M. 307(b)(1) – must be commissioned officer) |
| [signed] Lori May | |
| Signature | |

DD FORM 458, MAY 2000    PREVIOUS EDITION IS OBSOLETE.

12. On __14 Apr__, 20 __05__, the accused was informed of the charges against him/her and of the names(s) of the accuser(s) known to me *(See R.C.M. 308(a)). (See R.C.M. 308 if notification cannot be made.)*

| MICHAEL D. WILLIAMS | Fighter Attack Systems Wing, ASC |
|---|---|
| *Type Name of Immediate Commander* | *Organization of Immediate Commander* |

Colonel
*Grade*

*[Signature]*
*Signature*

### IV. RECEIPT BY SUMMARY COURT MARTIAL CONVENING AUTHORITY

13. The sworn charges were received at __1600__ hours, __18 Apr__, 20 __05__, at _____

*Designation of Command or Officer Exercising Summary Court-Martial Jurisdiction (See R.C.M. 403)*

FOR THE [1] _____

*Type Name of Officer*          *Official Capacity of Officer Signing*

*Grade*

*[Signature]*
*Signature*

### V. REFERRAL, SERVICE OF CHARGES

| 14a. DESIGNATION OF COMMAND OF CONVENING AUTHORITY | b. PLACE | c. DATE |
|---|---|---|

Referred for trial to the _____ court-martial board convened by _____

_____, 20 _____, subject to the following instructions:[2] _____

By _____ of _____
*Command or Order*

*Typed Name of Office*          *Official Capacity of Office Signing*

*Grade*

*Signature*

15. On _____, 20 _____, I (caused to be) served a copy hereof on (each of) the above named accused.

*Typed Name of Trial Counsel*          *Grade or Rank of Trial Counsel*

*Signature*

FOOTNOTES: 1 – When an appropriate commander signs personally, inapplicable words are stricken.
2 – See R.C.M. 601(e) concerning instructions. If none, so state.

DD FORM 458 (BACK), MAY 2000

# CHARGE SHEET
*(Continuation)*

| 1. NAME OF ACCUSED *(Last, First, MI)* | 2. SSN |
|---|---|
| BISHOP, STEVEN T | 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 |

### CHARGES AND SPECIFICATIONS

CHARGE II: Violation of the UCMJ, Article 132

Specification 1: In that MAJOR STEVEN T. BISHOP, United States Air Force, Aeronautical Systems Center, Arlington, Virginia, did, between on or about 6 November 2003 to on or about 6 February 2004, by preparing a temporary duty (TDY) travel voucher, make a claim against the United States in an amount of $1,032.44 for travel related expenses for 4 November 2003 through 6 November 2003, which was false in some amount in that he was on leave status on 4 November 2003, and was then known by said MAJOR STEVEN T. BISHOP to be false.

Specification 2: In that MAJOR STEVEN T. BISHOP, United States Air Force, Aeronautical Systems Center, Arlington, Virginia, did, between on or about 18 April 2003 to on or about 28 May 2003, by preparing a temporary duty (TDY) travel voucher, make a claim against the United States in an amount of $1,346.44 for travel related expenses for 13 April 2003 through 18 April 2003, which was false in some amount in that he was on leave status from on or about 14 April 2003 to on or about 16 April 2003, and was then known by said MAJOR STEVEN T. BISHOP to be false.

Specification 3: In that MAJOR STEVEN T. BISHOP, United States Air Force, Aeronautical Systems Center, Arlington, Virginia, did, between on or about 20 June 2002 to on or about 1 July 2002, by preparing a temporary duty (TDY) travel voucher, make a claim against the United States in an amount of $1,156.59, for travel related expenses for 17 June 2002 through 20 June 2002, which was false in some amount in that he was on leave status from on or about 17 June 2002 to on or about 18 June 2002, and was then known by said MAJOR STEVEN T. BISHOP to be false.

Specification 4: In that MAJOR STEVEN T. BISHOP, United States Air Force, Aeronautical Systems Center, Arlington, Virginia, did, on divers occasions, between on or about 12 September 2001 to on or about 1 February 2004, by preparing a temporary duty (TDY) travel vouchers, made claims against the United States in an amount in excess of $75,000.00 for travel related expenses, which was false in an amount in excess of $12,000.00 in that claimed expenses were in excess of actual expenses and was then known by said MAJOR STEVEN T. BISHOP to be false to wit:

| Travel Voucher # | Travel Order # | Dates of Travel | |
|---|---|---|---|
| TP602376 | 01T27220 | 12 SEP 01- 15 SEP 01 | |
| ~~TP602377~~ | ~~02T52245~~ | ~~24 OCT 01- 26 OCT 01~~ | Charged |
| TP605001 | 02T52415 | 4 NOV 01- 7 NOV 01 | |
| ~~TP605166~~ | ~~02T52415~~ | ~~8 NOV 01- 10 NOV 01~~ | Charged |
| TP605312 | 02T52415 | 12 NOV 01- 18 NOV 01 | |
| TP607523 | 02T52415 | 26 NOV 01- 29 NOV 01 | |
| TP607524 | 02T52415 | 3 DEC 01-7 DEC 01 | |
| T7701645 | 02T52415 | 7 JAN 02-10 JAN 02 | |
| T7702156 | 02T52415 | 12 JAN 02- 20 JAN 02 | |
| T7704162 | 02T52415 | 29 JAN 02- 1 FEB 02 | |
| T7702157 | 02T52415 | 22 JAN 02- 24 JAN 02 | |
| T7708094 | 02T52415 | 3 MAR 02- 8 MAR 02 | |
| T7708095 | 02T52415 | 13 MAR 02-16 MAR 02 | |
| T7713290 | 02T52415 | 3 APR 02- 5 APR 02 | |
| T7713288 | 02T52415 | 15 APR 02-20 APR 02 | |
| T7713289 | 02T52415 | 22 APR 02- 24 APR 02 | |
| T7719090 | 02T52415 | 6 MAY 02- 9 MAY 02 | |
| T7719249 | 02T52415 | 9 MAY 02- 10 MAY 02 | |
| T7720594 | 02T52415 | 13 MAY 02- 17 MAY 02 | |
| T7719091 | 02T52415 | 20 MAY 02- 24 MAY 02 | |
| T7720593 | 02T52415 | 3 JUN 02- 6 JUN 02 | |
| T7720592 | 02T52415 | 10 JUN 02-13 JUN 02 | |
| T7725315 | 02T52415 | 17 JUN 02- 20 JUN 02 | |
| T7728008 | 02T52415 | 24 JUN 02- 28 JUN 02 | |
| T7725316 | 02T52415 | 15 JUL 02-20 JUL02 | |
| T7725314 | 02T52415 | 21 JUL 02-25 JUL 02 | |
| TP600501 | 02T52415 | 1 AUG 02- 2 AUG 02 | |
| T7728009 | 02T52415 | 13 AUG 02- 16 AUG 02 | |

DD Form 458 Continuation (EG)

## CHARGE SHEET
*(Continuation)*

| 1. NAME OF ACCUSED *(Last, First, MI)* | 2. SSN |
|---|---|
| BISHOP, STEVEN T | 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 |

### CHARGES AND SPECIFICATIONS

| | | |
|---|---|---|
| T7730214 | 02T52415 | 26 AUG 02-30 AUG 02 |
| T7730215 | 02T52415 | 8 SEP 02- 13 SEP 02 |
| TP607181 | 03T52225 | 8 OCT 02- 10 OCT 02 |
| TP604328 | 03T52225 | 23 OCT 02-25 OCT 02 |
| TP607182 | 03T52433 | 12 NOV 02-15 NOV 02 |
| TP609102 | 03T52225 | 17 NOV 02- 20 NOV 02 |
| TP610420 | 03T52225 | 3 DEC 02- 5 DEC 02 |
| TP610645 | 03T52433 | 9 DEC 02- 11 DEC 02 |
| TP615217 | 03T52433 | 17 DEC 02- 18 DEC 02 |
| TP615219 | 03T52433 | 8 JAN 03-10 JAN 03 |
| TP614453 | 03T52225 | 12 JAN 03- 15 JAN 03 |
| TP615216 | 03T52433 | 20 JAN 03-22 JAN 03 |
| TP615218 | 03T52433 | 26 JAN 03- 30 JAN 03 |
| TP619654 | 03T52433 | 5 FEB 03- 7 FEB 03 |
| TP619653 | 03T52433 | 11 FEB 03- 12 FEB 03 |
| TP619656 | 03T52433 | 18 FEB 03- 21 FEB 03 |
| TP619655 | 03T52433 | 3 MAR 03- 7 MAR 03 |
| TP622615 | 03T52433 | 12 MAR- 14 MAR 03 |
| TP624375 | 03T52433 | 7 APR 03- 9 APR 03 |
| TP626321 | 03T52433 | 28 APR 03- 29 APR 03 |
| TP629248 | 03T52433 | 12 MAY 03- 13 MAY 03 |
| TP629247 | 03T52433 | 21 MAY 03- 23 MAY 03 |
| TP629246 | 03T52433 | 29 MAY 03- 30 MAY 03 |
| TP632337 | 03T52433 | 2 JUN 03- 3 JUN 03 |
| TP633034 | 03T52433 | 23 JUN 03- 27 JUN 03 |
| TP633035 | 03T52433 | 9 JUL 03- 10 JUL 03 |
| TP636127 | 03T52433 | 16 JUL 03- 18 JUL 03 |
| TP635479 | 03T52433 | 21 JUL 03- 25 JUL 03 |
| TP635478 | 03T52433 | 28 JUL 03- 31 JUL 03 |
| TP635477 | 03T52433 | 4 AUG 03- 8 AUG 03 |
| TP639211 | 03T52433 | 18 AUG 03- 21 AUG 03 |
| TP639209 | 03T52433 | 27 AUG 03- 29 AUG 03 |
| TP639214 | 03T52433 | 2 SEP 03- 5 SEP 03 |
| TP603899 | 03T52433 | 18 SEP 03- 19 SEP 03 |
| TP603900 | 04T52167 | 1 OCT 03- 2 OCT 03 |
| TP603901 | 04T52167 | 5 OCT 03- 10 OCT 03 |
| TP607144 | 04T52167 | 14 OCT 03- 16 OCT 03 |
| TP607146 | 04T52167 | 22 OCT 03- 24 OCT 03 |
| TP607145 | 04T52167 | 27 OCT 03- 29 OCT 03 |
| TP611856 | 04T52167 | 12 NOV 03- 14 NOV 03 |
| TP611858 | 04T52167 | 1 DEC 03- 4 DEC 03 |
| TP611855 | 04T52167 | 8 DEC 03- 12 DEC 03 |
| TP611857 | 04T52167 | 15 DEC 03- 18 DEC 03 |
| TP616010 | 04T52167 | 13 JAN 04- 15 JAN 04 |
| TP616011 | 04T52167 | 20 JAN 04- 22 JAN 04 |
| TP614660 | 04T52167 | 27 JAN 04- 29 JAN 04 |

DD Form 458 Continuation (EG)

## STATEMENT OF UNDERSTANDING REGARDING RECOUPMENT OF EDUCATION ASSISTANCE, SPECIAL PAYS, OR BONUSES

I, STEVEN T. BISHOP, understand that the Air Force is entitled to recoup a portion of education assistance, special pay, or bonus money which I received, if any, if I separate before completing the period of active duty I agreed to serve. I understand this recoupment applies regardless whether I voluntarily separate or I am involuntarily discharged for misconduct. I further understand: (1) Recoupment will apply regardless of the basis for involuntary discharge, if the reason for separation is not homosexual conduct (in which case, additional rules apply); (2) The recoupment in all cases is an amount that bears the same ration to the total amount or cost provided to me, as the unserved portion of active duty bears to the total period of active duty I agreed to serve. (3) That if I dispute that I am indebted for educational assistance, a board or other authority will make the findings and recommendations concerning the validity of the indebtedness.

Signed this __14__ day of __APRIL__ 20_05_.

Signature: _Steven T. Bishop_

**STEVEN T. BISHOP**

1st Ind, DD Form 458, Charge Sheet, dated 14 April 2005, Major Steven T. Bishop, FR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, Aeronautical Systems Center, Arlington, Virginia, 22202

74 MDOS/CC

TO: 88 ABW/CC

Maj Bishop is the Chief of MS&A Simulation and Analysis. Maj Bishop has served in the Air Force for 15 years and has had an opportunity to be judged on his work performance. He has performed his duties in a satisfactory manner. I recommend the charges be referred to trial by general court-martial. The evidence is attached and supports the charges. Due to the severity of the charge, I do not believe retention on active duty is appropriate if he is convicted. The accused is subject to the restrictions identified in AFI 31-501, paragraph 8.9.

                                                            MICHAEL D. WILLIAMS, Col, USAF
                                                            Commander

Attachments:
1. Personal Data Sheet
2. Documentary Evidence

PERSONAL DATA SHEET

DATE PREPARED: 14 April 2005

NAME OF ACCUSED: Steven T. Bishop

ORGANIZATION: Aeronautical Systems Center

SSN: 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                    GRADE: Major

PAY GRADE: O-4                     DATE OF BIRTH: 16 December 1966

TAFMSD: 26 March 1990         LENGTH OF SERVICE: 15 years

AFSC: 61S3A                           MILITARY TEST SCORES: N/A

BASIC PAY: $5,766.60              FOREIGN DUTY PAY: None

INITIAL DATE OF CURRENT SERVICE: 26 March 1990

TERM OF CURRENT SERVICE: Indefinite

PRIOR SERVICE: N/A

FOREIGN SERVICE: None

COMBAT SERVICE: None

NATURE OF PRETRIAL RESTRAINT: None

MARITAL STATUS: Married         NO. OF DEPENDENTS: 6

NO. OF PREVIOUS CONVICTIONS: None

NO. OF PREVIOUS ARTICLE 15 ACTIONS: None

AWARDS AND DECORATIONS: Air Force Commendation Medal
National Defense Service Medal (1 Dvc)
Merit Service Medal (1Dvc)
AF Longevity Service Award Ribbon (2 Dvc)
Air Force Training Ribbon