# Exhibit 2

## to Petitioner's Opposition

to the Government's Motion to Dismiss or Transfer the Case

Civil Action 06-0921

OCT 1 9 2005

Major Steven T. Bishop, USAF
Joint Strike Fighter Program
Arlington, VA 22202-5402

Dear Major Bishop

    The purpose of this letter is to explain how nonselection affects your present and future status.

    As a result of this second nonselection, you will be involuntarily separated on <u>31 Mar 06</u>. Should you desire, you may request an earlier involuntary date of separation. A Fact Sheet for Involuntary Separation of Officers Not Selected for Promotion is attached which contains pertinent information and explains some of the entitlements associated with involuntary separation.

    Should you have any questions on your separation, please contact SSgt Monique Weaver, Personnel Relocations Section, at 703-614-8368. If you desire telephonic counseling and a review of your Officer Selection Record by HQ AFPC, you can make contact with the counseling agent listed at the following web site: http://www.afpc.randolph.af.mil/offprom/nscounseling.htm. Additionally, officers who have never received a prior counseling from HQ AFPC may also call the appropriate counseling agency to set up an appointment. Counseling and records review is not mandatory, but a service provided by HQ AFPC. If you do not have access to the web link, contact your MPF Career Enhancements Element for a list of counselor phone numbers, which are based on competitive category and grade.

    Please be assured that I and the rest of the Military Personnel Flight are available to provide you any assistance or information necessary to help you in this process.

                              Sincerely

                              JILEENE M. VIVIANS, Capt, USAF
                              Commander, Pentagaon Military Personnel Flight

Attachment
Fact Sheet