# *Exhibit  3*

# *to Petitioner's Opposition*

## *to the Government's Motion to Dismiss or Transfer the Case*

## *Civil Action 06-0921*

AIR FORCE LEGAL SERVICES AGENCY
EASTERN CIRCUIT TRIAL JUDICIARY
2822 Doherty Drive Bldg 94
Bolling AFB, DC  20032-1111

MEMORANDUM FOR: TC (CAPT STOFFEL/CAPT OSGOOD)          3 Feb 06
DC (CAPT THOMPSON/CAPT SCHMIDLY)

FROM:  JAJTE (Col Cumbie)

SUBJECT:  *United States v. Major Steven T. Bishop (Wright-Patterson  AFB,OH to be tried at Bolling AFB, DC)* Confirmation of "Initial Trial Date"

1.  This will confirm that, by agreement of both prosecution and defense, I have established the "initial trial date" in the case of *United States v. Major Steven T. Bishop* as *4 Apr 06* the court will convene at *0830* unless the trial judge sets a different start time. Trial is estimated to last four (4) days.

2.  I have detailed Lt Col Donald Plude as the military judge.

3.  The following information is confirmed:

Date Case Called In: *21 Sep 05*          Date Charges Served: *22 Sep 05*

Government Ready Date: *1 Feb 06*          Defense Ready Date: *04 Apr 06*

Next Available Judge Date: *6 Mar 06*

Date "Initial Trial Date" Established: *03 Feb 06*

4.  The time period from 03 Feb 06 to 4 Apr 06 is excluded for speedy trial computation IAW RCM 707.

5.  IAW the Air Force Rules of Practice (15 May 05):

a.  Notice of appearance for trial and defense counsel will be filed immediately with the Circuit in accordance with the Air Force Uniform Rules of Practice, Rule 2.3.  Be aware of Rule 2.4 should counsel wish to request withdrawal once detailed.

b.  The Defense will file a notice of probable pleas and choice of forum, in writing, not later than 24 hours after accused is served with referred charges or seven *calendar* prior to scheduled trial date, whichever is later.  The pleas will be expressed in the precise form counsel anticipate announcing them in open court.  Defense counsel will promptly notify the Court and Trial Counsel of any change in anticipated plea or choice of forum. *Rule 3.1(A)*

c. NLT 1600 hours Eastern Time, seven *calendar* days prior to trial, the parties will file a notice of the *substance* of any anticipated motions, including motions in limine. *Rule 3.1(B)*.

d. NLT two *duty* days prior to trial, counsel for both sides will file a list containing each anticipated witness's full name (spelled correctly) and unit/duty station or hometown (as applicable) for findings and sentencing, with a copy to the court reporter and opposing counsel. *Rule 3.1(C)*

e. NLT 1600 hours Eastern Time, seven *duty* days prior to trial, the parties are *encouraged* to file motions that are capable of determination prior to travel and commencement of trial on the merits. *Rule 3.4(A)*.

f. Responses will be filed NLT 1600 hours Eastern Time, two *duty* days later. *Rule 3.4(A)*.

g. NLT 1400 hours Eastern Time, one *duty* day prior to trial, the parties will provide a copy of their proposed voir dire to the Military Judge and opposing counsel. The Trial Counsel will also provide copies of the court member data sheets. Unless otherwise ordered, counsel will conduct voir dire. *Rule 3.1(D)*

h. Any other notifications required by statute, case law, the Manual for Courts-Martial, or regulation (such as alibi, M.R.E. 304(d), 404(b), 412, 413, and innocent ingestion of controlled substances, as relevant) will be provided as required, but in no event later than 1600 hours Eastern Time, five *duty* days prior to trial. Provide notice as elsewhere required, with a copy to the Military Judge. *Rule 3.1(E)*.

i. If you have not already done so, make sure you comply with all other Air Force Uniform Rules of Practice notice requirements in a timely fashion. The more obvious requirements are noted here for your reference:

**Defense: see Rules 2.4(B), 3.2, 3.7 and 5.7**

**Government: see Rules 2.4(A), 3.2, 3.3 and 3.7**

6. Counsel are encouraged to file notices electronically. Pleadings may be filed with the Court at donald.plude@pentagon.af.mil, as applicable.

7. Please advise me immediately of any problems which may unavoidably impact on the trial date. Once the "initial trial date" has been established, consider it immutable, short of problems of a Constitutional dimension.

> W. THOMAS CUMBIE, Colonel, USAF
> Chief Circuit Military Judge, Eastern Circuit