# Exhibit 4

## to Petitioner's Opposition

### to the Government's Motion to Dismiss or Transfer the Case

### Civil Action 06-0921

| 1. TYPE OF SEPARATION | | | |
|---|---|---|---|
| ☐ DISCHARGE | ☐ ENTRY LEVEL SEPARATION | ☐ RELEASE FROM VOID ENLISTMENT | ☐ RELEASE FROM EAD/REVERTS TO ANG |
| ☒ RELEASE FROM ACTIVE DUTY/TRANSFERS TO RESAF | ☐ RELEASE FROM EAD/REVERTS TO RESAF | ☐ DISMISSAL | |

2. AUTHORITY: ☒ BY DIRECTION OF THE PRESIDENT    ☐ RESIGNATION ACCEPTED BY THE PRESIDENT

| 3a. NAME (Last, First, MI) | 3b. GRADE | 3c. SSN | 4. PLACE OF ENTRY ON ACTIVE DUTY OR ENLISTMENT |
|---|---|---|---|
| BISHOP, STEVEN T. | Maj | 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 | BIRMINGHAM, AL |

| 5. HOME OF RECORD | 6. FUTURE MAILING ADDRESS | 7. UNDER 2 YEARS SERVICE (E-4 Only) |
|---|---|---|
| TALLADEGA, AL | 7826 SOLOMON SEAL DR SPRINGFIELD, VA 22152 | ☐ |

| 8. PAFSC | 9. RESERVE AF GRADE | 10. MIL SVC OBLIGATION DATE | 11. AERONAUTICAL RATING | 12. FLYING STATUS |
|---|---|---|---|---|
| 61S4 | | NO | NOT APPLICABLE | ☐ YES ☒ NO |

| 13. EFFECTIVE DATE | 14. CHARACTER OF SERVICE: | 15. CERTIFICATE ISSUED |
|---|---|---|
| 31 Mar 2006 | ☒ HONORABLE  ☐ UNDER OTHER THAN HONORABLE CONDITIONS<br>☐ GENERAL (Under Honorable Conditions)  ☐ BAD CONDUCT DISCHARGE<br>☐ UNCHARACTERIZED  ☐ DISHONORABLE DISCHARGE | ☐ DD FORM 256AF<br>☒ DD FORM 214 |

| 16. RELIEVED FROM ASSIGNMENT (Unit, Major Command, Address and Servicing MPF) | 17. WILL PROCEED TO: |
|---|---|
| SAF/AQRE<br>OL-P 11 MSS/DPMAR<br>1240 AIR FORCE PENTAGON WASHINGTON, DC 20330 | ☐ PLACE OF ENTRY ON ACTIVE DUTY OR ENLISTMENT<br>☐ HOME OF RECORD<br>☒ HOME OF SELECTION |

18. TRAVEL BY PRIVATE CONVEYANCE (TPC)    ☒ NO    ☐ YES, WITH ____ DAYS TRAVEL TIME PERMITTED

19. MEMBER QUALIFIES FOR FULL TRAVEL/TRANSPORTATION ENTITLEMENT UNDER THE JFTR, PARA U5125    ☒ YES    ☐ NO

20. ASSIGNED TO (Check if Applicable)

| a. ARPC DENVER, CO | b. REVERTS TO CONTROL OF ANG (Name of State) | c. TYPE OF POSITION: |
|---|---|---|
| ☐ YES ☒ NO | | ☐ MOBILIZATION AUGMENTEE<br>☐ REINFORCEMENT DESIGNEE<br>☐ UNIT |

| d. UNIT OF ASSIGNMENT AND MPF | e. TRAINING/PAY CATEGORY | f. RESERVE SECTION CODE | g. FUNCTIONAL ACCT CODE |
|---|---|---|---|
| | h. AUTHORIZED GRADE | i. AUTHORIZED AFSC | j. POSITION CONTROL NO. |

| 21a. ELIGIBLE FOR (PER 10 U.S.C. 1174): | b. ENTITLED TO SEVERANCE/SEPARATION PAY | c. CHAPTER 61, 10 U.S.C. |
|---|---|---|
| ☐ REINFORCEMENT DESIGNEE<br>☐ UNIT | SERVICE FOR PAY IS:<br>YEARS: 16  MONTHS: 00  DAYS: 05 | DISABILITY:<br>☐ NOT ENTITLED TO BENEFITS<br>☐ NOT APPLICABLE |
| CREDITABLE ACTIVE FEDERAL SERVICE<br>YEARS  MONTHS  DAYS | | |

22. REMARKS (Continue on reverse)
SPD: JGB//LAUREN L./SPOUSE//SAVANNAH/DAU/30 JUL 88//SUMMER/DAU/18 SEP 90//SCARLETT/DAU/8 AUG 95//JACKSON/SON/2 OCT 96//JILLIAN/DAU/12 MAR 98.

| 23. DATE | 24. ORDERS ISSUING/APPROVING OFFICIAL (Name, Grade, Title, DSN Phone) | 25. SIGNATURE |
|---|---|---|
| 27 Feb 2006 | JANELLE L. JACOBSON, SSGT, USAF<br>RETIREMENTS & SEPARATIONS TECH | *(signature)* |

26. EXPENSES CHARGEABLE TO: 5763500 326 5861.9* 525725    (*INSERT M, D, H, I, T, G, OR Y)
    NONTEMPORARY STORAGE CHARGEABLE TO: 5763500 326 5868.0N 525725
    CIC:    TAG: ATAC: FE7710*M

| 27. DESIGNATION AND LOCATION OF HEADQUARTERS | 28. AUTHORITY | 29. SPECIAL ORDER NO. | 30. DATE |
|---|---|---|---|
| DEPARTMENT OF THE AIR FORCE<br>OL-P, 11 MSS/DPMAR<br>WASHINGTON, D.C. 20330-1240 | AFI 36-3207 | AP-0052 | 27 Feb 2006 |
| | 31. TDN PCS<br>FOR THE COMMANDER | | |

| 32. DISTRIBUTION | 33. SIGNATURE ELEMENT OF ORDERS AUTHENTICATING OFFICIAL |
|---|---|
| 20-OL-P, 11 MSS/DPMAR<br>2-HQ 11 WG/FMF-B    1-HQ AFPC | PETER M. POLLOCK, MAJOR, USAF<br>COMMANDER, PENTAGON MPF |

AF IMT 100, 20030915 (V1)    PREVIOUS EDITION IS OBSOLETE

14