# Exhibit 5

## to Petitioner's Opposition

### to the Government's Motion to Dismiss or Transfer the Case

### Civil Action 06-0921

**1. NAME** (Last, First, Middle): BISHOP, STEVEN T

**2. DEPARTMENT, COMPONENT AND BRANCH**: AIR FORCE -- REG AF

**3. SOCIAL SECURITY NUMBER**: 424 15 8363

**4a. GRADE, RATE OR RANK**: MAJ
**b. PAY GRADE**: O4

**5. DATE OF BIRTH** (YYYYMMDD): 19661216

**6. RESERVE OBLIGATION TERMINATION DATE** (YYYYMMDD): N/A

**7a. PLACE OF ENTRY INTO ACTIVE DUTY**: BIRMINGHAM, AL
**b. HOME OF RECORD AT TIME OF ENTRY** (City and state, or complete address if known): TALLADEGA, AL

**8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND**: AERO SYS OL AD00    MTC
**b. STATION WHERE SEPARATED**: WASHINGTON DC

**9. COMMAND TO WHICH TRANSFERRED**: NOT APPLICABLE

**10. SGLI COVERAGE**: None   Amount: $ 400,000

**11. PRIMARY SPECIALTY** (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.):
61S4 - SCIENTIST 13 YEARS AND 5 MONTHS
37F1 - MANPOWER/PERSONNEL 3 YEARS AND 1 MONTH

**12. RECORD OF SERVICE**

| | Year(s) | Month(s) | Day(s) |
|---|---|---|---|
| a. Date Entered AD This Period | 1990 | Mar | 26 |
| b. Separation Date This Period | 2006 | Mar | 31 |
| c. Net Active Service This Period | 16 | 00 | 05 |
| d. Total Prior Active Service | 00 | 00 | 00 |
| e. Total Prior Inactive Service | 04 | 06 | 22 |
| f. Foreign Service | 00 | 00 | 07 |
| g. Sea Service | 00 | 00 | 00 |
| h. Effective Date of Pay Grade | 2001 | Feb | 01 |

**13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED** (All periods of service):
AIR FORCE TRAINING RIBBON, AIR FORCE LONGEVITY SERVICE AWARD W/ 2 BRONZE OAK LEAF CLUSTERS, GLOBAL WAR ON TERRORISM SERVICE MEDAL, NATIONAL DEFENSE SEE REMARKS

**14. MILITARY EDUCATION** (Course title, number of weeks, and month and year completed):
AIR COMMAND & STAFF COLLEGE, NON-RESIDENCE, 04; SQUADRON OFFICER SCHOOL, RESIDENCE, 97, 12 WKS.

**15a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS EDUCATIONAL ASSISTANCE PROGRAM**: NO (X)
**b. HIGH SCHOOL GRADUATE OR EQUIVALENT**: YES (X)

**16. DAYS ACCRUED LEAVE PAID**: 0.0

**17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION**: YES (X)

**18. REMARKS**:
ITEM 13: SERVICE MEDAL W/ 1 BRONZE STAR, AIR FORCE OUTSTANDING UNIT AWARD, JOINT MERITORIOUS UNIT AWARD W/ 1 BRONZE OAK LEAF CLUSTER, AIR FORCE COMMENDATION MEDAL W/ 1 BRONZE OAK LEAF CLUSTER, MERITORIOUS SERVICE MEDAL.
MEMBER ENTITLED TO FULL SEPARATION PAY IN THE AMOUNT OF $87,181.92 BEFORE TAXES.-----------------------
-----------NOTHING FOLLOWS-----------

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

**19. MAILING ADDRESS AFTER SEPARATION** (Include Zip Code):
6 SOLOMON SEAL DR
SPRINGFIELD, VA 22152
(3) 866-5074

**20. NEAREST RELATIVE** (Name and address - include Zip Code):
GEORGE BISHOP (FATHER)
133 WINSTON DR
TALLADEGA, AL 35160

**21. MEMBER REQUESTS COPY 6 BE SENT TO** VA **DIRECTOR OF VETERANS AFFAIRS**: YES (X)

**22. OFFICIAL AUTHORIZED TO SIGN** (Typed name, grade, title and signature):
LAWRENCE T. HENDRIX, TSGT, USAF
NCOIC, RETIREMENTS & SEPARATIONS

**SPECIAL ADDITIONAL INFORMATION** (For use by authorized agencies only)

**23. TYPE OF SEPARATION**: VOLUNTARY DISCHARGE

**24. CHARACTER OF SERVICE** (Include upgrades): HONORABLE

**25. SEPARATION AUTHORITY**: AFI 36-3207

**26. SEPARATION CODE**: JGB

**27. REENTRY CODE**: NOT APPLICABLE

**28. NARRATIVE REASON FOR SEPARATION**: NON-SELECTION, PERMANENT PROMOTION

**29. DATES OF TIME LOST DURING THIS PERIOD** (YYYYMMDD): NONE

**30. MEMBER REQUESTS COPY 4** (Initials):

Form 214WS, FEB 2000, EG   PREVIOUS EDITION IS OBSOLETE
Generated by Dept of Air Force PC-III

EX 15   WORKSHEET