# Exhibit 6

## to Petitioner's Opposition

### to the Government's Motion to Dismiss or Transfer the Case

Civil Action 06-0921

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES    THIS IS AN IMPORTANT RECORD. SAFEGUARD IT    ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

Case 1:06-cv-00921-CKK    Document 4-7    Filed 05/19/2006    Page 2 of 2

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| # | Field | Value |
|---|---|---|
| 1 | NAME (Last, First, Middle) | BISHOP, STEVEN THOMAS |
| 2 | DEPARTMENT, COMPONENT AND BRANCH | AIR FORCE -- REG AF |
| 3 | SOCIAL SECURITY NUMBER | 424 15 8363 |
| 4a | GRADE, RATE OR RANK | MAJ |
| 4b | PAY GRADE | O4 |
| 5 | DATE OF BIRTH (YYYYMMDD) | 19661216 |
| 6 | RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) | N/A |
| 7a | PLACE OF ENTRY INTO ACTIVE DUTY | BIRMINGHAM, AL |
| 7b | HOME OF RECORD AT TIME OF ENTRY | TALLADEGA, AL |
| 8a | LAST DUTY ASSIGNMENT AND MAJOR COMMAND | AERO SYS OL AD00 (MTC) |
| 8b | STATION WHERE SEPARATED | WASHINGTON DC |
| 9 | COMMAND TO WHICH TRANSFERRED | NOT APPLICABLE |
| 10 | SGLI COVERAGE | AMOUNT: $400,000   NONE: ☐ |

**11. PRIMARY SPECIALTY** (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.)

61S4 - SCIENTIST 13 YEARS AND 5 MONTHS
37F1 - MANPOWER/PERSONNEL 3 YEARS AND 1 MONTH

**12. RECORD OF SERVICE**

| | YEAR(s) | MONTH(s) | DAY(s) |
|---|---|---|---|
| a. DATE ENTERED AD THIS PERIOD | 1990 | Mar | 26 |
| b. SEPARATION DATE THIS PERIOD | 2006 | Mar | 31 |
| c. NET ACTIVE SERVICE THIS PERIOD | 16 | 00 | 05 |
| d. TOTAL PRIOR ACTIVE SERVICE | 00 | 00 | 00 |
| e. TOTAL PRIOR INACTIVE SERVICE | 04 | 06 | 22 |
| f. FOREIGN SERVICE | 00 | 00 | 07 |
| g. SEA SERVICE | 00 | 00 | 00 |
| h. EFFECTIVE DATE OF PAY GRADE | 2001 | Feb | 01 |

**13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED** (All periods of service)

AIR FORCE TRAINING RIBBON, AIR FORCE LONGEVITY SERVICE AWARD W/2 BRONZE OAK LEAF CLUSTERS, GLOBAL WAR ON TERRORISM SERVICE MEDAL, NATIONAL DEFENSE   SEE REMARKS

**14. MILITARY EDUCATION** (Course title, number of weeks, and month and year completed)

AIR COMMAND & STAFF COLLEGE, NON-RESIDENCE, 04; SQUADRON OFFICER SCHOOL, RESIDENCE, 97, 12 WKS.

**15a.** MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM — YES ☐   NO ☒
**b.** HIGH SCHOOL GRADUATE OR EQUIVALENT — YES ☒   NO ☐

**16. DAYS ACCRUED LEAVE PAID:** 20.0

**17.** MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION — YES ☐   NO ☒

**18. REMARKS**

ITEM 13: SERVICE MEDAL W/1 BRONZE STAR, AIR FORCE OUTSTANDING UNIT AWARD, JOINT MERITORIOUS UNIT AWARD W/1 BRONZE OAK LEAF CLUSTER, AIR FORCE COMMENDATION MEDAL W/1 BRONZE OAK LEAF CLUSTER, MERITORIOUS SERVICE MEDAL.
MEMBER ENTITLED TO FULL SEPARATION PAY IN THE AMOUNT OF $87,181.92 BEFORE TAXES
- - - - - - - - - - - - - - -NOTHING FOLLOWS- - - - - - - - - - - - - - -

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and or continued compliance with, the requirements of a Federal benefit program.

**19a. MAILING ADDRESS AFTER SEPARATION** (Include Zip Code)
7826 SOLOMON SEAL DR
SPRINGFIELD, VA 22152
(703) 866-5074

**b. NEAREST RELATIVE** (Name and address - include Zip Code)
GEORGE BISHOP (FATHER)
133 WINSTON DR
TALLADEGA AL 35160

**20.** MEMBER REQUESTS COPY 6 BE SENT TO VA DIRECTOR OF VETERANS AFFAIRS — YES ☒   NO ☐

**21. SIGNATURE OF MEMBER BEING SEPARATED:** /s/ Steven T. Bishop

**22. OFFICIAL AUTHORIZED TO SIGN** (Typed name, grade, title and signature)
LAWRENCE A. HENDRIX, TSGT, USAF
NCOIC, RETIREMENTS & SEPARATIONS

---

## SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| # | Field | Value |
|---|---|---|
| 23 | TYPE OF SEPARATION | INVOLUNTARY DISCHARGE |
| 24 | CHARACTER OF SERVICE (include upgrades) | HONORABLE |
| 25 | SEPARATION AUTHORITY | AFI 36-3207 |
| 26 | SEPARATION CODE | JGB |
| 27 | REENTRY CODE | NOT APPLICABLE |
| 28 | NARRATIVE REASON FOR SEPARATION | NON-SELECTION, PERMANENT PROMOTION |
| 29 | DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) | NONE |
| 30 | MEMBER REQUESTS COPY 4 (Initials) | STB |

**DD Form 214-AUTOMATED, FEB 2000**   PREVIOUS EDITION IS OBSOLETE.