# Exhibit 7

## to Petitioner's Opposition

to the Government's Motion to Dismiss or Transfer the Case

Civil Action 06-0921

OL-P, 11 MSS/DPMAR (Room 5E172)
Comm (703) 693-3116/3173 (DSN 223) (Voice)
FAX: Comm (703) 693-4483 (DSN 225-4483)

## Separations Out-Processing Checklist

| Rank & Name | Unit | Separation Date |
|---|---|---|
| MAJ STEVEN BISHOP | SAF/AQ | 31 MAR 06 |

| Item Description | Contact | Signature & Date |
|---|---|---|
| **Medical Examination for Separation Letter** nf-825 (27v5) Follow instructions on Attachment 1. 703-692-8310 (8350) | Tricare Provider | See attached |
| **Veterans Outpatient Dental Treatment Letter** Follow instructions on Attachment 2. 703-692-8700 | Tricare Provider Maj 1840 | See attached |
| **Individual Ready Reserve (IRR) Agreement (AF Fm 3566)** Fill out this form and return it to the MPF at your final out-processing. Copies of the form are available at: http://afpubs.hq.af.mil/forms | Pentagon, 5E172 (702) 614-5372 | |
| **Reserve Recruiter** MSGT ELROCHERS 703-587-0560 Call the In-Service Air Force Reserve Recruiter to discuss opportunities in the Air Force Reserve. This is a MANDATORY briefing. You may also want to visit the AFR web page at https://www.afreserve.com for more information. | In-Service Recruiter By Appointment (703) 588-0560 FAX: (703) 588-0604 | MSgt Wolf 25 Jan 06 |
| **Pre-Separation Briefing** KIM HEINZE 1360 BLDG 13 Pre-separation counseling is *mandatory* for all members. The Family Support Center will provide a copy of DD Form 2648 *Preseparation Counseling Checklist* confirming your attendance. This is a three-hour briefing and may be scheduled within one year of projected separation date but no later than 90 days prior to departure. (See info sheet for pre-separation counseling—Atch 3) | Family Support Center Pentagon, 1E288 (703) 693-9460 BAFB (202) 767-0450 5th Bldg 13 | See Attached Counseling Note KHB G 1 March 05 |
| **Air Force Aid Society:** All personnel must out-process the Family Support Center to verify outstanding debts to the Air Force Aid Society. Is member indebted to your organization? YES / NO ☐ Debt Reason: Amount: Name/Phone: | Family Support Center Pentagon, 1E288 (703) 693-9460 BAFB (202) 767-0450 | CW 9 March 06 |
| **Identification Card Requirement Letter** Customer Service will issue ID cards to you and your eligible family members that will expire on your date of separation. (Follow instructions on Attachment 4) | MPF Customer Svc Pentagon, 5A282 (703) 697-4110 | See Attached 28 Mar 06 |
| **Security Termination Statement (AF Form 2587)** IAW DOD 5200.1-R/AFI 31-401, security debriefings are required for personnel who PCS, PCA, or terminate employment. Fill out the form and obtain your security manager's signature. A copy of this form is available at http://afpubs.hq.af.mil/forms (Follow instructions on Attachment 5) | Unit Security Manager | Blank Form Attached dj 3/20/06 |
| **Clothing Requirements (Enlisted Personnel)** ☐ Clothing certification has been completed for AFR & ANG: AF Form 657 (female airmen), 658 (male airmen), or 668 (clothing certificate for cat 1 airmen being released from active duty) ☐ Recovery of required clothing items is complete as required by AFMAN 67-1, Volume 1, Part 3. ☐ No action required. | Unit Commander's Support Staff | N/A |

| | | |
|---|---|---|
| **Duty Section Out-processing** Member has completed all outprocessing actions through this unit; including turn in of all badges, gov't credit card, Member's terminal leave has been processed and leave verification letter has been completed by leave monitor | Unit Commander's Support Staff | *[signature]* 27 Nov 06 |
| **Item Description** | **Contact** | **Signature & Date** |
| **Traffic Management Office (TMO)** Contact TMO to set up household goods shipment. They will brief you on entitlements for your specific situation. Is member indebted to your organization?  YES /(NO) ☐ Debt Reason:  Amount: ☐ Name/Phone: | TMO Crystal City (703) 602-1906 BAFB (202) 767-8894 | *[signature]* 9 Mar 06 |
| **Commissary:** Is member indebted to your organization? (YES)/ NO ☐ Debt Reason: *for delivery* Amount: *64.61* ☐ Name/Phone: *John Sanderson* | Commissary (202) 767-4695 | *[signature]* 9 Mar 06 |
| **Education Counseling:** Call the education office for an appointment to out-process. Is member indebted to your organization?  YES /(NO) ☐ Debt Reason:  Amount: ☐ Name/Phone: | Education & Training Pentagon 4A1088I (703) 697-7074 BAFB (202) 767-5348 | *[signature]* 09 Mar 2006 |
| **Non-appropriated Funds:** Is member indebted to your organization?  YES /(NO) ☐ Debt Reason:  Amount: ☐ Name/Phone: | NAF Accounting Office (202) 767-4093 (Bldg P-12) | 9 March 06 *[signature]* |
| **Family Housing or Dormitory Management:** Is member indebted to your organization?  YES /(NO) ☐ Debt Reason:  Amount: ☐ Name/Phone: *Luis A Guzman* | Housing Office (202) 404-6335/1838 | *[signature]* 9 Mar 06 |
| **Billeting Office:** Is member indebted to your organization?  YES /(NO) ☐ Debt Reason:  Amount: ☐ Name/Phone: | Billeting Office (202) 767-5741 | *Tamelia* 3-9-06 *[signature]* |
| **Travel Pay:** Is member indebted to your organization?  YES /(NO) ☐ Debt Reason:  Amount: ☐ Name/Phone: | Customer Service Finance Pentagon 5E1009 (703) 695-5812 | *[signature]* |
| **Military Pay:** Is member indebted to your organization?  YES /(NO) ☐ Debt Reason:  Amount: ☐ Name/Phone: ☐ Accrued Leave Balance Sold: *0* (Go to Finance to pick up their out-processing checklist) | Customer Service Finance Pentagon 5E1009 (703) 695-5812 | *[signature]* 28 Mar 06 |
| **Air Force Pentagon Communication Agency** ☐ ADPE Equipment Section | (703) 602-9881 **Call to get last 3 initials of AFPCA Rep (no faxing)** | OUT PROC CTL # 6073-05 14 MAR 06 DLB |
| **AF SEPARATIONS ACTIONS** | | |
| **Final Out-processing Items** Bring the following items to your final out-processing: ☑ Separations Out-Processing Checklist ☑ Medical Records (Copies will not be accepted) ☑ Dental Records (Copies will not be accepted) ☑ Medical Examination for Retirement Letter ☑ Veterans Outpatient Dental Treatment Letter ☑ I.D. Card Requirement Letter ☐ DD Form 2648 (Pre-separation Counseling) | Pentagon 5E172 You must contact us to schedule your final out appointment 2 weeks prior to your last duty day. (day prior to the start of your terminal | Appointment: 30 MAR 06 0730 Final outprocess. date w/Separation Office E53 UPDATED: |

| ☑ AF Form 2587 (Security Termination Statement) ☑ Copy of Terminal Leave form | | VERIFIED: |
|---|---|---|

NOTE: FAILURE TO SATISFY OUT-PROCESSING REQUIREMENTS WILL DELAY THE ISSUANCE OF THE DD FORM 214

5 Atchs
1. Medical Examination for Separation Letter
2. Veteran Outpatient Dental Treatment Letter
3. Identification Card Requirements
4. Transition Pre-Separation/Retirement Counseling
5. Security Termination Statement (AF IMT 2587)