# Exhibit 8

## to Petitioner's Opposition

to the Government's Motion to Dismiss or Transfer the Case

Civil Action 06-0921

myPay — Save Print — View other LESs 0604 Go

### DEFENSE FINANCE AND ACCOUNTING SERVICE MILITARY LEAVE AND EARNINGS STATEMENT

| ID | NAME (Last, First, MI) | SOC. SEC. NO | GRADE | PAY DATE | YRS SVC | ETS | BRANCH | ADSN/DSSN | PERIOD COVERED |
|---|---|---|---|---|---|---|---|---|---|
|   | BISHOP STEVEN T | 424158363 | O4 | 060630 | 16 | 880808 | AF | 4128 | 1-30 APR 06 |

#### ENTITLEMENTS / DEDUCTIONS / ALLOTMENTS / SUMMARY

| | Type | Amount | Type | Amount | Type | Amount | | |
|---|---|---|---|---|---|---|---|---|
| A | BASE PAY | 6054.30 | FEDERAL TAXES | 374.80 | | | +Amt Fwd | .00 |
| B | BAS | 187.49 | FICA-SOC SECURITY | 375.37 | | | +Tot Ent | 94520.09 |
| C | BAH | 2170.00 | FICA-MEDICARE | 87.79 | | | -Tot Ded | 82847.74 |
| D | ADVANCE DEBT | 81972.78 | SGLI | 27.00 | | | -Tot Allt | .00 |
| E | STATUS DBT | 3943.52 | DEBT COLLECTION | -93943.53 | | | =Net Amt | 11650.35 |
| F | | | SEPARATION PAY | 93943.53 | | | -Cr Fwd | .00 |
| G | | | FAMILY SGLI | 10.30 | | | =EOM Pay | 11650.35 |
| H | | | DEBT | 81972.48 | | | | |
| | | | | | | | DIEMS | RET PLAN |
| | | | | | | | 0 | |
| TOTAL | | 94520.09 | | 82847.74 | | .00 | | |

| LEAVE | BF Bal | Ernd | Used | Cr Bal | ETS Bal | Lv Lost | Lv Paid | Use/Lose |
|---|---|---|---|---|---|---|---|---|
|   | 30.5 | 17.5 | 28 | 20.0 | 0 | 0 | 0 | 0 |

| FED TAXES | Wage Period | Wage YTD | M/S | Ex | Add'l Tax | Tax YTD |
|---|---|---|---|---|---|---|
|   | 6054.30 | 23181.40 | M | 09 | .00 | 1343.81 |

| FICA TAXES | Wage Period | Soc Wage YTD | Soc Tax YTD | Med Wage YTD | Med Tax YTD |
|---|---|---|---|---|---|
|   | 6054.30 | 24217.20 | 1501.46 | 24217.20 | 351.16 |

| STATE TAXES | St | Wage Period | Wage YTD | M/S | Ex | Tax YTD |
|---|---|---|---|---|---|---|
|   | TX | .00 | .00 | M | 03 | .00 |

| PAY DATA | BAQ Type | BAQ Depn | VHA Zip | Rent Amt | Share | Stat | JFTR | Depns | 2D JFTR | BAS Type | Charity YTD | TPC | PACIDN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   | WIDEP | SPOUSE | 22152 | .00 | 1 | R | | 0 | | | .00 | | |

| THRIFT SAVINGS PLAN (TSP) | Base Pay Rate | Base Pay Current | Spec Pay Rate | Spec Pay Current | Inc Pay Rate | Inc Pay Current | Bonus Pay Rate | Bonus Pay Current |
|---|---|---|---|---|---|---|---|---|
|   | 0 | .00 | 0 | .00 | 0 | .00 | 0 | .00 |
|   | | TSP YTD Deductions | .00 | | Deferred | .00 | Exempt | .00 |

**REMARKS:** YTD ENTITLE 116819.94    YTD DEDUCT 86363.03

IF TSP ELECTION AMT EXCEEDS NET AMT
THE TSP WILL NOT BE DEDUCTED.
-REMEMBER, ALL REG, GUARD, AND RESERVE MBRS
HAVE AN INITIAL R/R MILITARY SERVICE OBLIGA-
TION (MSO). FOR MORE INFO CONTACT YOUR MPF
-SEPARATING UNDER FORCE SHAPING? AF RESERVE
AND AIR NATL GUARD NEED QUALIFIED AIRMEN TO
SERVE IN ALL SPECIALTIES. EXPLORE OPTIONS AT
HTTP://WWW.AFPC.RANDOLPH.AF.MIL/RETSEPFORCE
SHAPING/SHAPE.HTM.
-SEEN SOMETHING SUSPICIOUS? SOMEONE TRIED TO
ELICIT MILITARY INFO FROM YOU? AF EAGLE EYES
PROGRAM IS THE TOOL TO REPORT;
HTTP://PUBLIC.AFOSI.AMC.AF.MIL/EAGLE/
INDEX.ASP FOR INFO.
-SUPPORT OUR TROOPS: VISIT THE DOD PROGRAM
AMERICASUPPORTSYOU.MIL AND FIND OUT HOW.
-KEESLER NCO ACADEMY NEEDS TSGTS AND AFSNCO
ACADEMY NEEDS SENIOR NCO GRADS FOR INSTRUCTOR

LIST RES AND APPLY. MAY HIRE UP TO ONE YEAR
EARLY.
-MOVING? REMEMBER TO UPDATE YOUR LES AND
TRAVEL PAY (RT$/DTS) ADDRESSES.
INDEBTEDNESS DUE US $ID 90(139)
STOP HELD PAY-STATUS 060420(100)
INDEBTEDNESS DUE US 101912.76(100)
CHANGE VOIR/ABLE ENLISTMENT 060321(110)
START HELD PAY-STATUS 060410(100)
CORRECT SEPARATN DATE 060417(107)
CANCEL VOIR/ABLE ENLISTMENT 060335(107)
STOP HELD PAY-STATUS 060417(107)
RESUME INDEBTEDNESS 060418(108)
APPLY CASH COLLECTION 060419(108)
C2 CASH COLLECTION FOR INDEBTEDNESS
BAH BASED ON WIDEP, ZIP 22152
BANK 1 ORT GILL NATIONAL BANK
ACCT # 4830141

DFAS Form 702, Jan 02                                                                 7000 DOD.MIL/DFAS

https://mypay.dfas.mil/LES_DJMSA.aspx?AccessString=DJMSFA&globalid=DNET01S2...   5/16/2006

Page 1 of 1

**myPay**

Save    Print                                                View other LESs  0604  Go

## DEFENSE FINANCE AND ACCOUNTING SERVICE MILITARY LEAVE AND EARNINGS STATEMENT

| ID | NAME (Last, First, MI) | SOC. SEC. NO. | GRADE | PAY DATE | YRS SVC | ETS | BRANCH | ADSN/DSSN | PERIOD COVERED |
|---|---|---|---|---|---|---|---|---|---|
| | BISHOP STEVEN T | 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 | O4 | 060630 | 16 | 393888 | AF | 4138 | 1-30 APR 06 |

| ENTITLEMENTS | | DEDUCTIONS | | ALLOTMENTS | | SUMMARY | |
|---|---|---|---|---|---|---|---|
| Type | Amount | Type | Amount | Type | Amount | +Amt Fwd | .00 |
| A BASE PAY | 5602.35 | FEDERAL TAXES | 374.86 | | | +Tot Ent | 14520.09 |
| B BAQ | 167.40 | FICA-SOC SECURITY | 375.37 | | | -Tot Ded | 2847.74 |
| C BAS | 276.80 | FICA-MEDICARE | 87.29 | | | -Tot Allt | .00 |
| D ADVANCE DEBT | 1072.73 | SGLI | 27.20 | | | =Net Amt | 11680.35 |
| E STATUS DBT | 3840.34 | DEBT COLLECTION | -0343.10 | | | Cr Fwd | .00 |
| F | | SEPARATION PAY | 5243.10 | | | =EOM Pay | 11680.35 |
| G | | FAMILY SGLI | 10.00 | | | | |
| H | | SGLT | 919.27 | | | | |
| I | | | | | | | |
| J | | | | | | | |
| K | | | | | | | |
| L | | | | | | | |
| M | | | | | | | |
| N | | | | | | | |
| O | | | | | | | |
| | | | | | | DIEMS | RET PLAN |
| | | | | | | | 5 |
| TOTAL | 14520.09 | | 2847.74 | | .00 | | |

| LEAVE | BF Bal | Ernd | Used | Cr Bal | ETS Bal | Lv Lost | Lv Paid | Use/Lose |
|---|---|---|---|---|---|---|---|---|
| | 30.5 | 17.5 | 28 | 20.0 | .0 | .0 | .0 | .0 |

| FED TAXES | Wage Period | Wage YTD | M/S | Ex | Add'l Tax | Tax YTD |
|---|---|---|---|---|---|---|
| | 5964.30 | 23151.40 | M | 09 | .00 | 1543.81 |

| FICA TAXES | Wage Period | Soc Wage YTD | Soc Tax YTD | Med Wage YTD | Med Tax YTD |
|---|---|---|---|---|---|
| | 6054.30 | 24217.20 | 1501.46 | 24217.20 | 351.15 |

| STATE TAXES | St | Wage Period | Wage YTD | M/S | Ex | Tax YTD |
|---|---|---|---|---|---|---|
| | TX | .00 | .00 | M | 00 | .00 |

| PAY DATA | BAQ Type | BAQ Depn | VHA Zip | Rent Amt | Share | Stat | JFTR | Depns | 2D JFTR | BAS Type | Charity YTD | TPC | PACIDN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W/DEP | SPOUSE | 22152 | .00 | | 1 | R | | 0 | | .00 | | |

| THRIFT SAVINGS PLAN (TSP) | Base Pay Rate | Base Pay Current | Spec Pay Rate | Spec Pay Current | Inc Pay Rate | Inc Pay Current | Bonus Pay Rate | Bonus Pay Current |
|---|---|---|---|---|---|---|---|---|
| | 0 | .00 | 0 | .00 | 0 | .00 | 0 | .00 |
| | TSP YTD Deductions | | Deferred | | Exempt | | | |
| | .00 | | .00 | | .00 | | | |

**REMARKS:**    YTD ENTITLE   116619.84                    YTD DEDUCT   36353.81

-IF TSP ELECTION AMT EXCEEDS NET AMT
TSP WILL NOT BE DEDUCTED
-REMEMBER ALL RES, GUARD, AND RESERVE MBRS
HAVE AN INITIAL 8YR MILITARY SERVICE OBLIGA-
TION (MSO). FOR MORE INFO CONTACT YOUR MPF
-SEPARATING UNDER FORCE SHAPING? AF RESERVE
AND AIR NATL GUARD NEED QUALIFIED AIRMEN TO
SERVE IN ALL SPECIALTIES. EXPLORE OPTIONS AT
HTTP://WWW.AFPC.RANDOLPH.AF.MIL/RETSEP/FORCE
SHAPING/SHAPE.HTM
-SEEN SOMETHING SUSPICIOUS? SOMEONE TRIED TO
ELICIT MILITARY INFO FROM YOU? AF EAGLE EYES
PROGRAM IS THE TOOL TO REPORT!
HTTP://PUBLIC.AFOSI.AMC.AF.MIL/EAGLE/
INDEX.ASP FOR INFO.
-SUPPORT OUR TROOPS, VISIT THE DOD PROGRAM
AMERICASUPPORTSYOU.MIL AND FIND OUT HOW.
-KISSLER NCO ACADEMY NEEDS TSGTS AND APPROVED
ACADEMY NEEDS SENIOR NCO GRADE FOR INSTRUCTOR

LISTING AND APPLY, MAY HIRE UP TO ONE YEAR
EARLY.
-MOVING? REMEMBER TO UPDATE YOUR LES AND
TRAVEL PAY (RTS/DTS) ADDRESSES.
INDEBTEDNESS DUE US $10,001(00)
STOP HELD PAY-STATUS 060418(100)
INDEBTEDNESS DUE US $51962.79(100)
CHANGE VOID ENLISTMENT 060301(100)
START HELD PAY-STATUS 060412(100)
CORRECT SEPARATN DATE 060412(107)
CANCEL VOIDABLE ENLISTMENT 060328(107)
STOP HELD PAY-STATUS 060417(107)
RESUME INDEBTEDNESS 060418(108)
ARMY CASH COLLECTION 060419(108)
C2 CASH COLLECTION FOR INDEBTEDNESS
BAH BASED ON WIFES ZIP 22152
BANK FORT SILL NATIONAL BANK
ACCT # 803041

DFAS Form 702, Jan 02                                          WWW.DOD.MIL/DFAS