# *Exhibit   9*

## *to Petitioner's Opposition*

### *to the Government's Motion to Dismiss or Transfer the Case*

### *Civil Action 06-0921*

| | |
|---|---|
| From: | Osgood, Brent F Capt USAF 88 ABW/JA [Brent.Osgood@wpafb.af.mil] |
| Sent: | Monday, April 03, 2006 5:58 PM |
| To: | Plude Donald A. Lt Col AF/JAJTE |
| Cc: | Thompson Brian Capt AF/JAJTE; Spath Vance Lt Col AF/JAJTE; 'ronald.spencer@pentagon.af.mil'; Pena Donna C MSgt USAF 88 ABW/JA; Schmidly Brooke J Capt AFLSA/ADC |
| Subject: | U.S. v. Bishop |

Lt Col Plude,

The GCMCA in U.S. v. Bishop has withdrawn all charges and specifications in this case.  I believe he has signed a document to that effect and, if so, will provide you a copy ASAP.

If there are any questions, please do not hesitate to ask.

Thank you, sir.

-Brent.

BRENT F. OSGOOD, Capt, USAF
Assistant Trial Counsel

1