# Exhibit 10

## to Petitioner's Opposition

to the Government's Motion to Dismiss or Transfer the Case

Civil Action 06-0921

DEPARTMENT OF THE AIR FORCE
HEADQUARTERS AERONAUTICAL SYSTEMS CENTER (AFMC)
WRIGHT-PATTERSON AIR FORCE BASE OHIO

APR 1 8 2006

MEMORANDUM FOR MAJ STEVEN T. BISHOP

FROM: FASW/CC

SUBJECT: Order to Report for Duty

1. This is to inform you that you remain on active duty. As such, I order you to report to work tomorrow morning at SAF/AQRE, 1500 Wilson Blvd, suite 600, Arlington, Virginia 22209.

2. You will report in person to Col Charles Bailey's office by no later than 0800, Wednesday, 19 April 2006.

3. Once you have reported in, you will be given further instructions concerning your duties.

4. Additionally, you will report to Col Bailey in person prior to departing your duty location. You will under no circumstances leave at the end of the day without Col Bailey's permission.

5. Acknowledge receipt of this order by signing the indorsement below.

MICHAEL D. WILLIAMS
Colonel, USAF
Commander

1st Ind, MAJOR STEVEN T. BISHOP

ORDER TO REPORT FOR DUTY

1. I acknowledge receipt of this order, dated 18 April 2006.

2. I (do) (do not) intend to comply.

STEVEN T. BISHOP, Major, USAF