# Exhibit  11

## to Petitioner's Opposition

### to the Government's Motion to Dismiss or Transfer the Case

### Civil Action 06-0921



**DEPARTMENT OF THE AIR FORCE**
HEADQUARTERS AERONAUTICAL SYSTEMS CENTER (AFMC)
WRIGHT-PATTERSON AIR FORCE BASE OHIO

1 May 2006

Col Michael D Williams
Commander, Fighter Attack Systems Wing
2725 C Street, Bldg 553
Wright-Patterson AFB OH 45433

Mrs. Lauren Bishop
7826 Solomon Seal Dr
Springfield VA 22152

Dear Mrs. Lauren Bishop

    I'm your husband's commander, and on 18 April 2006, I verbally and in writing directed him to return to work. He has yet to come back to duty and I'm worried about his welfare, as well as, that of you and your children. I ask you to speak to your husband on this very serious matter and encourage him to return to duty.

    All of you have access to health care and other services which the Air Force can and will provide if you need assistance. In the event that your husband wants to speak to a "life skills" provider or chaplain, etc., those services will be arranged. Should you or your husband need life skills assistance, you may call Bolling AFB clinic at 202-767-0611 (during normal duty hours Monday-Friday) in the event of an emergency or on the weekend contact Andrews AFB hospital at 240-857-2333.

    Despite the fact that I am stationed at Wright-Patterson AFB, Ohio, I am only a phone call away and you may reach me at my cell phone (937) 286-2503 anytime of the day or night.

Sincerely

MICHAEL D. WILLIAMS
Colonel, USAF
Commander, Fighter Attack Systems Wing