# *Exhibit   12*

# *to Petitioner's Opposition*

### *to the Government's Motion to Dismiss or Transfer the Case*

### *Civil Action 06-0921*

## DUTY STATUS CHANGE

| TO: MPF/Office Symbol/Base | FROM: Unit/Base |
|---|---|
| 11th MSS/DPMAE<br>Pentagon, Washington, DC 20330 | JSF/PEO<br>Arlington, VA 22202 |

| SECTION I | INDIVIDUAL IDENTIFICATION |
|---|---|

| NAME *(Last, First, Middle Initial)* | GRADE | SSN |
|---|---|---|
| BISHOP, STEVEN T. | Maj | 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 |

| SECTION II | DUTY STATUS CHANGE |
|---|---|

THE ABOVE MEMBER'S DUTY STATUS IS CHANGED FROM   06   TO   16   EFFECTIVE *(Date)*   10 May 2006   *(Hour)*   10:00

LOCATION/BASE    SAF/AQRE, 1500 Wilson Blvd, Suite 600, Arlington, VA 22209

AUTHORITY:   AFI 36-2134

METHOD OF RETURN TO MILITARY CONTROL    ☐ VOLUNTARY    ☒ INVOLUNTARY

DETERMINATION OF LOST TIME BY UNIT COMMANDER

1. PERIOD OF ABSENCE FROM _____ THRU_____    ☐ IS    ☐ IS NOT   DETERMINED AS LOST TIME, PER AFI 36-2134.

2. DETERMINATION OF ABSENCE FROM_____ THRU_____    CANNOT BE MADE AT THIS TIME BECAUSE

3A. TOTAL LOST DAYS THIS INCIDENT: _____    3B. TOTAL LOST DAYS THIS ENLISTMENT: _____

REMARKS   *(Explain Duty Status Change in detail) (Continue in Remarks on page 2)*

Maj Bishop was arrested at (or outside of) his new place of work, SRS Technologies (Arlington, VA), by Fairfax County Police. Fairfax County Police turned Maj Bishop over to AF OSI. The member is being placed in confinement at Quantico Marine Base until a pre-trial hearing on Friday, 12 May 2006. The hearing will determine whether the member remains in confinement until trial.

| SECTION III | SQUADRON COMMANDER OR DESIGNATED REPRESENTATIVE | |
|---|---|---|
| DATE<br>10 May 2006 | NAME, GRADE, AND TITLE<br>JOSE A. GONZALEZ, Capt, USAF<br>Deputy Director, JSF Operations | SIGNATURE |

| | UNIT DUTY STATUS PROGRAM MANAGER | |
|---|---|---|
| DATE<br>10 May 2006 | NAME, GRADE, AND TITLE<br>JOSE A. GONZALEZ, Capt, USAF<br>Deputy Director, JSF Operations | SIGNATURE |

SYSTEM UPDATE COMPLETED ON:

| SECTION IV | APPROVAL BY MPF DUTY STATUS PROGRAM MANAGER | |
|---|---|---|
| DATE | NAME, GRADE, AND TITLE | SIGNATURE |

| | ASSIGNMENTS | |
|---|---|---|
| DATE | NAME, GRADE, AND TITLE | SIGNATURE |

| | PROMOTIONS | |
|---|---|---|
| DATE | NAME, GRADE, AND TITLE | SIGNATURE |

| | SEPARATIONS | |
|---|---|---|
| DATE | NAME, GRADE, AND TITLE | SIGNATURE |

| | REENLISTMENTS/SPECIAL ACTIONS | |
|---|---|---|
| DATE | NAME, GRADE, AND TITLE | SIGNATURE |

| | RECORDS CUSTODIAN | |
|---|---|---|

I certify that I am the custodian of the personnel records from which this document has been reproduced and the above entries are identical to those in the original document announcing change in member's duty status.

| DATE | NAME, GRADE, AND TITLE | SIGNATURE |
|---|---|---|

AF IMT 2098, 20030710, V2

PREVIOUS EDITIONS ARE OBSOLETE