# Exhibit 14

## to Petitioner's Opposition

to the Government's Motion to Dismiss or Transfer the Case

Civil Action 06-0921



**United States
Department of Justice**

**United States Attorney
Southern District of Ohio**

May 18, 2006

### Facsimile Transmission Cover Page

*To*: James R. Klimaski, Esq.
*Organization*: Klimaski & Associates P.C.
*Phone - Voice*: 202-296-5600
*Fax*: 202-296-5601

*From*: Lt Col Robert Bartlemay Sr
United States Attorney's Office
602 Federal Building
200 West Second Street
Dayton, Ohio 45402

*Voice*: (937) 531-6804
*Fax*: (937) 225-2564

*Number of Pages Including Cover*: 3

*Regarding*: Major Steven T. Bishop

*Comments/Remarks*: This is to schedule the Article 32 hearing into the charges preferred against Major Bishop.



**DEPARTMENT OF THE AIR FORCE**
**AIR FORCE MATERIEL COMMAND**
**WRIGHT-PATTERSON AIR FORCE BASE OHIO**

18 May 2006

MEMORANDUM FOR   MR. JAMES R. KLIMASKI (Civilian Defense Counsel)
                CAPTAIN BROOKE J. SCHMIDLY (Defense Counsel)
                CAPTAIN RONALD SPENCER (Government Representative)
                CAPTAIN GABRIEL D. PEDRICK (Government Representative)

FROM: LT COL BARTLEMAY

SUBJECT: Article 32 Pretrial Investigation – Major Steven T. Bishop

1. On May 16, 2006, I was appointed by the Commander, 88th Air Base Wing, Wright-Patterson AFB, Ohio to investigate the charges preferred on 19 April 2006 and the additional charges preferred on 10 May 2006. The investigation will commence at 0900 hours on 12 June in the Office of the Staff Judge Advocate, Bolling AFB, DC.

2. Each side will advise me and each other of the name, address, telephone number, and a summary of the expected testimony of any witnesses you desire I call to testify during the investigation by 1 June 2006. The government representative will be directed to arrange for the appearance all witnesses whom I approve and are reasonably available to testify.

3. Any requests for delay in conducting the hearing must be submitted in writing and fully justify the need for a delay and specify a date certain regarding availability to conduct the investigation. Such requests will be served on the opposing party.

4. I can be contacted telephone at (937) 531-6804, fax at (937) 225-2564, or by email at Robert.bartlemay@usdoj.gov. While I am an active duty judge advocate, I am on loan to the U.S. Attorney's Office in Dayton, Ohio.

ROBERT C. BARTLEMAY SR, Lt Col, USAF
Investigating Officer

Attachment
Appointment Letter



DEPARTMENT OF THE AIR FORCE
HEADQUARTERS 88TH AIR BASE WING (AFMC)
WRIGHT-PATTERSON AIR FORCE BASE OHIO

MEMORANDUM FOR LT COL ROBERT C. BARTLEMAY, AFMCLO/JAF

FROM: 88 ABW/CC

SUBJECT: Article 32 Investigation, U.S. v. Maj Steven T. Bishop

1. You are hereby designated as Investigating Officer pursuant to Article 32, UCMJ, to investigate the attached charges against Maj Steven T. Bishop, Aeronautical Systems Center, Arlington, Virginia.

2. In conducting your investigation, you will comply with the provisions of Articles 31 and 32, UCMJ; RCM 405; and AFI 51-201. You should review each of these references before beginning your investigation.

3. Your attention is directed to AFI 51-201, paragraph 4.1.2. A verbatim transcript of the testimony of a witness will only be prepared with the approval of my SJA. You are expected to prepare a summary of testimony as soon as practicable after a witness has testified.

4. Your report and recommendations using DD Form 457 will be submitted promptly through my SJA. Pursuant to RCM 707, you are hereby delegated authority to approve the hearing date and all delays in the Article 32 hearing date and exclude all excludable delays for speedy trial purposes. Your decision granting a delay must be in writing, and must state the rationale for the delay. My SJA will provide any required assistance and support.

ANDREW K. WEAVER
Colonel, USAF
Commander

Attachments:
1. DD Form 458, Charge Sheet
2. DD Form 458, Additional Charge Sheet