# **AFFIDAVIT**

STATE OF OHIO, GREENE COUNTY, ss.

I, BRENT F. OSGOOD, Captain, United States Air Force, Chief of Military Justice, 88th Air Base Wing, Office of the Staff Judge Advocate (88 ABW/JA), 5030 Patterson Parkway, Wright-Patterson Air Force Base (AFB), Ohio 45433. After speaking telephonically with Colonel Michael D. Williams, Commander of the Fighter Attack Systems Wing (FASW/CC), I do hereby certify, under penalty of perjury, that the following facts are true and correct to the best of my knowledge:

On 23 May 2006, I spoke with Colonel Michael D. Williams, Major Bishop's commander at the Fighter Attack Systems Wing, and he has indicated that Brigadier General Charles R. Davis, Deputy Program Executive Officer for the Joint Strike Fighter Program Office in Arlington, Virginia, is the individual Major Bishop would report to at the JSF/PO in Arlington, Virginia.

_____    23 MAY 2006
BRENT F. OSGOOD, Capt, USAF              Date
Chief, Military Justice
88 ABW/JAM
Wright-Patterson AFB


Sworn to before me and subscribed in my presence on

_____
        Notary Public

RHONDA R. McLENDON, Notary Public
In and for the State of Ohio
My commission Expires April 1, 2007

My commission expires on