UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN T. BISHOP,

    Petitioner,

    v.

MICHAEL W. WYNNE,
SECRETARY OF THE AIR FORCE,

    Respondent.

Civil Action No. 06-0921 (CKK)

**PETITIONER'S UNOPPOSED MOTION TO FILE A SUR-REPLY
TO RESPONDENT'S REPLY IN SUPPORT OF HIS
MOTION TO DISMISS OR TO TRANSFER
<u>MR. BISHOP'S PETITION FOR A WRIT OF HABEAS CORPUS</u>**

    Petitioner Steven Bishop, through counsel, files this motion for leave to file a sur reply to Respondent's reply brief opposing Mr. Bishop's petition for a Writ of Habeas Corpus. The Government does not oppose this motion.

    After reading the Government's Reply Brief, Mr. Bishop feels a brief sur reply is necessary. It accompanies this motion, along with a proposed Order.

                            Respectfully submitted,

May 24, 2006

                            /s/
                        James R. Klimaski, #243543
                        Klimaski & Associates, P.C.
                        1819 L Street NW
                        Suite 700
                        Washington, DC  20036-3830
                        202-296-5600

                        *Counsel to Steven T. Bishop*

## Certificate of Service

I certify that the foregoing will be served to counsel for Respondent automatically, subsequent to its proper filing in the approved electronic Portable Document Format (Adobe PDF file) through this Court's Case Management and Electronic Case Filing notification system — operated on a secure sector of this Court's website.

/s/
Jon Pinkus
Klimaski and Associates, PC