UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN T. BISHOP,<br><br>    Petitioner,<br><br>        v.<br><br>MICHAEL W. WYNNE,<br>SECRETARY OF THE AIR FORCE,<br><br>    Respondent. | Civil Action No. 06-0921 (CKK)<br><br>Request for Immediate Hearing |

**PETITIONER'S SUR-REPLY TO RESPONDENT'S REPLY
IN SUPPORT OF A MOTION TO DISMISS OR TO TRANSFER
PETITIONER'S PETITION FOR A WRIT OF HABEAS CORPUS**

Petitioner Steven Bishop, through counsel, files this sur reply to Respondent's reply brief.

The Government's reply brief alleges that Mr. Bishop's "custodian" is Brigadier General Charles R. Davis. (Government Reply at 2). This directly contradicts the Government's initial motion which alleged Colonel Michael D. Williams is Mr. Bishop's "custodian." (Government Motion to Dismiss at 6). Nowhere in their reply brief does the Government explain, or even acknowledge, this inconsistency.

This fact switching cannot be explained. In neither case does the Government present any orders, regulations, organizational charts or other documentation to support any claims of custodial control. The Government is trying to make the facts of this case meet their needs. They do not. Mr. Bishop is a civilian and no longer subject to control or custody by the United States Air Force.

Mr. Bishop requests an immediate hearing on the matter.

                                              Respectfully submitted,

May 24, 2006                                            /s/
                                              James R. Klimaski, #243543
                                              Klimaski & Associates, P.C.
                                              1819 L Street NW
                                              Suite 700
                                              Washington, DC  20036-3830
                                              202-296-5600

                                              *Counsel to Steven T. Bishop*

---

### Certificate of Service

    I certify that the foregoing will be served to counsel for Respondent automatically, subsequent to its proper filing in the approved electronic Portable Document Format (Adobe PDF file) through this Court's Case Management and Electronic Case Filing notification system — operated on a secure sector of this Court's website.

                                              /s/
                                              Jon Pinkus
                                              Klimaski and Associates, PC