UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN T. BISHOP,

    Petitioner,

        v.

MICHAEL W. WYNNE,
SECRETARY OF THE AIR FORCE,

    Respondent.

Civil Action No. 06-0921 (CKK)

### ORDER

The Court grants Petitioner's unopposed motion to file a sur-reply to the Government's reply in support of its motion to dismiss or transfer the case (to another U.S. District Court). The Clerk shall issue the appropriate notice to the Parties that the sur-reply that accompanied Petitioner's motion is accepted and lodged as filed. It is further

**ORDERED** that a hearing on this matter shall be held on _____, 2006, at _____ AM /PM, in Courtroom _____ or by teleconference that the Court staff will initiate at _____ AM/PM on _____, 2006.

**SO ORDERED.**

_____          _____
Date                                                      Colleen Kollar-Kotelly
                                                             United States District Judge

Copies to Counsel
via the Court's CM-ECF facility.