UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN T. BISHOP,

    Petitioner,

        v.

MICHAEL W. WYNNE,
SECRETARY OF THE AIR FORCE,

    Respondent.

Civil Action No. 06-0921 (CKK)

## JOINT STATUS REPORT

As requested by order of this Court, the parties provide the following information:

1. Steven T. Bishop has not reported to the Air Force.

2. Mr. Bishop remains at his address of record in this matter.

June 6, 2006

Respectfully submitted,

_____/s/_____
James R. Klimaski, #243543
Klimaski and Associates, P.C.
1819 L Street NW
Suite 700
Washington, DC  20036-3830
202-296-5600

*Counsel for Petitioner*

_____/s/_____
Karen L. Melnik, #436452
Assistant U.S. Attorney, Civil Division
U.S. Attorney's Office for D.C.
555 4th Street NW
Washington, DC  20530
202-307-0338

*Counsel for Respondent*