UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN T. BISHOP,<br><br>  Petitioner,<br><br>  v.<br><br>MICHAEL W. WYNNE,<br>SECRETARY OF THE AIR FORCE,<br><br>  Respondent. | Civil Action No. 06–921 (CKK) |

**ORDER**
(June 19, 2006)

For the reasons set forth in an accompanying Memorandum Opinion, it is, this 19th day of June, 2006, hereby

ORDERED that the [3] Government's Motion to Dismiss or to Transfer Petitioner's Petition for a Writ of Habeas Corpus is GRANTED; it is also

ORDERED that Petitioner's [1] Petition for Writ of Habeas Corpus by a Person in Military Custody is DISMISSED WITHOUT PREJUDICE with the understanding that Petitioner is not precluded from filing his Petition in the district court having personal jurisdiction over the immediate custodian of Petitioner.

 _/s/_
COLLEEN KOLLAR-KOTELLY
United States District Judge